In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00280-CV**
_____

**LASONNE LESTER, Appellant**

**V.**

**HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE MLMI
TRUST SERIES 2005-WMC1, Appellee**

**On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 120259**

**MEMORANDUM OPINION**

On September 21, 2012, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal on or before October 8, 2012. Appellant did not pay the fee. Appellant did not file an affidavit of indigence on appeal and has not established an entitlement to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

1

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered November 29, 2012

Before Gaultney, Kreger, and Horton, JJ.